# Third District Court of Appeal

## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0541
Lower Tribunal No. 22-16228 CC
_____

**Shannon Rose,**
Appellant,

vs.

**The Gallery on the River, LLC**, etc.,
Appellee.

An Appeal from the County Court for Miami-Dade County, Maria D. Ortiz, Judge.

Shannon Rose, in proper person.

Barfield McCain Ayoub, P.A., and Donna S. Barfield and Ryan R. McCain (West Palm Beach), for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Lazow v. Synamon Real Estate, LLC</u>, 365 So. 3d 462

(Fla. 3d DCA 2023) (holding that default final judgment of possession is nonfinal appealable order under Florida Rule of Appellate Procedure 9.130(a)(3)(C)(ii) as one that determines right to immediate possession of property); see also Golde v. Santana, No. 3D23-469, 2023 WL 5597393 (Fla. 3d DCA Aug. 30, 2023) ("In an action by the landlord for possession of a dwelling unit, if the tenant interposes any defense other than payment, **including, but not limited to, the defense of a defective 3-day notice**, the tenant shall pay into the registry of the court the accrued rent as alleged in the complaint or as determined by the court and the rent that accrues during the pendency of the proceeding, when due." (emphasis added) (quoting § 83.60(2), Fla. Stat. (2022))); 1560-1568 Drexel Ave., LLC v. Dalton, 320 So. 3d 965, 969 (Fla. 3d DCA 2021) ("Section 83.60(2) is not discretionary; it compels a tenant defending against an eviction to pay into the court registry either (i) the amount of rent alleged to be due, or (ii) the amount of rent determined by the court, plus all rent that accrues during the case's pendency.").